# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Richard A. Maggs Jr.,**<br>**aka Richard Alvin Maggs, Jr.,**<br>**aka Richard Maggs, Jr.,**<br>**aka Richard Maggs,**<br>**aka Richard A. Maggs,**<br>**aka Richard Alvin Maggs**<br><br>**&**<br>**Betty Ann Maggs,**<br>**aka Elizabeth Ann Maggs,**<br>**aka Betty Ann Miller,**<br>**aka Elizabeth Ann Mathiesen,**<br>**aka Elizabeth Ann Miller,**<br>**aka Betty Ann Mathiesen**<br><br>**Debtor(s)** | **BK NO. 12-05645 JJT**<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 and index same on the master mailing list.

                                                Respectfully submitted,

                                         **/s/ James C. Warmbrodt, Esquire**
                                         James C. Warmbrodt, Esquire
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA  19106
                                         412-430-3594