## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard A. Maggs Jr. aka Richard Alvin Maggs, Jr., aka Richard Maggs, Jr., aka Richard Maggs, aka Richard A. Maggs, aka Richard Alvin Maggs<br>　　　Betty Ann Maggs aka Elizabeth Ann Maggs, aka Betty Ann Miller, aka Elizabeth Ann Mathiesen, aka Elizabeth Ann Miller, aka Betty Ann Mathiesen<br>　　　　　　　　　Debtor(s) | CHAPTER 13<br><br>NO. 12-05645 JJT<br><br>11 U.S.C. Section 362 |
| U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　vs. | |
| Richard A. Maggs Jr. aka Richard Alvin Maggs, Jr., aka Richard Maggs, Jr., aka Richard Maggs, aka Richard A. Maggs, aka Richard Alvin Maggs<br>Betty Ann Maggs aka Elizabeth Ann Maggs, aka Betty Ann Miller, aka Elizabeth Ann Mathiesen, aka Elizabeth Ann Miller, aka Betty Ann Mathiesen<br>　　　　　　　　　Debtor(s) | |
| Charles J. DeHart, III Esq.<br>　　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Response to Notice of Final Cure of U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3, which was filed with the Court on or about **12/6/2017**.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　412-430-3594

December 8, 2017

Case 5:12-bk-05645-JJT    Doc 81    Filed 12/08/17    Entered 12/08/17 14:01:16    Desc
Main Document    Page 1 of 1