```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 12-05645-JJT
Richard A. Maggs, Jr.                                               Chapter 13
Betty Ann Maggs
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson           Page 1 of 1          Date Rcvd: Mar 23, 2018
                              Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db/jdb         +Richard A. Maggs, Jr.,    Betty Ann Maggs,    105 Old Farm Road,    Milford, PA 18337-9498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
              Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 Richard A. Maggs, Jr. jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              J. Zac Christman    on behalf of Debtor 2 Betty Ann  Maggs jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, et. al.
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 Richard A. Maggs, Jr.
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 2 Betty Ann  Maggs
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                             TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Richard A. Maggs Jr.<br>aka Richard Maggs Jr., aka Richard Alvin Maggs Jr., aka Richard Maggs, aka Richard Alvin Maggs, aka Richard A. Maggs<br>105 Old Farm Road<br>Milford, PA 18337<br><br>Betty Ann Maggs<br>aka Betty Ann Miller, aka Elizabeth Ann Maggs, aka Elizabeth Ann Mathiesen, aka Betty Ann Mathiesen, aka Elizabeth Ann Miller<br>105 Old Farm Road<br>Milford, PA 18337 | Chapter 13<br>Case No. 5:12−bk−05645−JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−5208
xxx−xx−1960

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 23, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk