```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 12-05645-JJT
Richard A. Maggs, Jr.                                           Chapter 13
Betty Ann Maggs
        Debtors                **CERTIFICATE OF NOTICE**

District/off: 0314-5      User: TWilson        Page 1 of 1         Date Rcvd: Mar 23, 2018
                          Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db/jdb         +Richard A. Maggs, Jr.,   Betty Ann Maggs,   105 Old Farm Road,   Milford, PA 18337-9498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
          Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          J. Zac Christman    on behalf of Debtor 1 Richard A. Maggs, Jr. jchristman@newmanwilliams.com,
           mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
          J. Zac Christman    on behalf of Debtor 2 Betty Ann  Maggs jchristman@newmanwilliams.com,
           mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, et. al.
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino    on behalf of Debtor 1 Richard A. Maggs, Jr.
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
          Vincent  Rubino    on behalf of Debtor 2 Betty Ann  Maggs
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                               TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **RICHARD A. MAGGS, JR.**, aka | : | Chapter 13 |
| Richard Maggs, Jr., aka | : | Case No. **5:12-bk-05645-JJT** |
| Richard Maggs, aka Richard A. Maggs, aka | : | |
| Richard Alvin Maggs, and | : | |
| **BETTY ANN MAGGS,** aka | : | |
| Elizabeth Ann Maggs, aka, | : | |
| Betty Ann Miller, aka | : | |
| Elizabeth Ann Mathiesen, aka | : | |
| Elizabeth Ann Miller, aka | : | |
| Betty Ann Mathiesen, | : | |
| Debtors. | : | |

| | | |
|---|---|---|
| **RICHARD A. MAGGS, JR.**, and | : | |
| **BETTY ANN MAGGS,** | : | |
| Movants, | : | Motion to Determine |
| v | : | Final Cure & Payment |
| **U.S. BANK, NA,** as indenture trustee for the CIM | : | |
| Trust 2016-3, Mortgage-Backed Notes, | : | |
| Series 2016-3, Serviced by Select Portfolio | : | |
| Servicing, Inc., | : | |
| Respondent, | : | |

### ORDER APPROVIING STIPULATION TO RESOLVE
### MOTION TO DETERMINE FINAL CURE & PAYMENT

AND NOW upon consideration of Debtors' Motion to Determine Final Cure & Payment, and related **Stipulation to Resolve Motion to Determine Final Cure & Payment**, with regard to the mortgage held/or serviced by the mortgage held/or serviced by U.S. BANK, NA, as indenture trustee for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3, Serviced by Select Portfolio Servicing, Inc., and secured by Debtors' residence at 105 Old Farm Road, Milford, PA 18337, it is hereby ORDERED that the **Stipulation to Resolve Motion to Determine Final Cure & Payment** be and is hereby APPROVED.

Dated:  March 23, 2018                      By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)